# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SHAHEED TAALIB'DIN MADYUN,

    Plaintiff,

    v.

LT. KUSTER,
LT, KIRBY LINJER and
KENNETH KELLER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-033-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____5/29/08_____
Date